No. 87–1269. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. *v.* SAN FRANCISCO COUNTY DEMOCRATIC CENTRAL COM-

MITTEE ET AL. Appeal from C. A. 9th Cir. Probable jurisdiction noted. THE CHIEF JUSTICE took no part in the consideration or decision of this order.